IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
OCT 29 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2:19cr 173 |
| v. ) | |
| ) | 18 U.S.C. § 2252(a)(2) |
| ROBERT MCVEY, ) | Receipt of Child Pornography |
| ) | (Count 1) |
| Defendant. ) | |
| ) | 18 U.S.C. § 2253 |
| ) | Criminal Forfeiture |
| ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Receipt of Child Pornography)

On or about July 10, 2018, in the City of Portsmouth, within the Eastern District of Virginia, and elsewhere, the defendant, ROBERT MCVEY, did knowingly receive and attempt to receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, that is: ROBERT MCVEY received and attempted to receive a visual depiction bearing the file name "ldm-005-050.jpg."

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## CRIMINAL FORFEITURE

1.  The defendant, ROBERT MCVEY, if convicted of the single count alleged in this information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a.  Any property, real and personal, constituting, derived from, or traceable to gross profits or other proceeds obtained from the violation;

    b.  Any property, real and personal, used or intended to be used in any manner or part to commit or to promote the commission of the violations, and any property traceable to such property; and

    c.  Any and all matter which contains child pornography or any visual depiction described in Title 18, United States Code, Section 2251 *et seq.*, produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251 *et seq.*

2.  If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 2253.)

*United States of America v. ROBERT MCVEY*
2:19cr 173

         G. ZACHARY TERWILLIGER
         UNITED STATES ATTORNEY

By: _____
   Daniel P. Shean, Assistant U.S. Attorney
   Attorney for the United States
   United States Attorney's Office
   101 West Main Street, Suite 8000
   Norfolk, VA 23510
   Phone: (757) 441-6331
   Fax: (757) 441-6689
   Email: daniel.shean@usdoj.gov